JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLYLE APARTMENTS, INC. <br><br> Defendant. | Case No.: CV 17-5475 DSF (SKx) <br><br><br> JUDGMENT |

The Court having dismissed the case for lack of prosecution,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 12/6/17

Dale S. Fischer
United States District Judge